UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
JOHNNY ALBUJA,

              Plaintiff,                07 Civ. 10288 (WHP)

         -against-                SCHEDULINE ORDER No. 1

CITY OF NEW YORK et al.,

              Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

        Counsel for the parties having appeared for a February 15, 2008 conference, the following is established on consent:

        (1) Plaintiff shall serve and file an amended complaint identifying all John Doe defendants by February 29, 2008;

        (2) Discovery shall be completed by August 15, 2008;

        (3) The parties shall submit a joint pre-trial order in accord with this Court's individual practices by September 19, 2008; and

        (4) This Court will hold a final pre-trial conference on September 26, 2008 at 9:45 a.m.

Dated: February 15, 2008
       New York, New York

                          SO ORDERED:

                          WILLIAM H. PAULEY III
                              U.S.D.J.

*Counsel of Record:*

Darmin T. Bachu, Esq.
Bachu & Associates
127-21 Liberty Avenue
South Richmond Hill, NY 11419
*Counsel for Plaintiff*

Michael Steven Chestnov, Esq.
New York City Law Department
Office of the Corporation Counsel
100 Church Street
New York, NY 10007
*Counsel for Defendants City of New York and PO Vencak*