UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

JOHNNY ALBUJA,

                               Plaintiff,

       -against-

CITY OF NEW YORK, et al.,

                               Defendants.

------------------------------------------------------------------------ x

**NOTICE OF APPEARANCE**

07 Civ. 10288 (WHP)

      **PLEASE TAKE NOTICE** that Benjamin Stockman, Assistant Corporation Counsel, should be substituted as counsel of record on behalf of the Corporation Counsel of the City of New York, Michael A. Cardozo, attorney for defendants City of New York and Kenneth Vencak, having replaced Assistant Corporation Counsel Michael Chestnov, effective March 17, 2008.

Dated:  New York, New York
          March 17, 2008

                                MICHAEL A. CARDOZO
                                Corporation Counsel
                                of the City of New York
                                Attorney for Defendants City of New York
                                and Vencak
                                100 Church Street, Room 3-155
                                New York, New York 10007
                                (212) 788-1177

                                By:  /s_____
                                       Benjamin Stockman
                                       Assistant Corporation Counsel
                                       Special Federal Litigation Division

To:    Darmin Bachu, Attorney for plaintiff (via E.C.F. and First Class Mail)
        127-21 Liberty Ave.
        Richmond Hill, NY 11419

Index No.  07 CV 10288

| |
|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK |
| JOHNNY ALBUJA,<br><br>                                                                 Plaintiff,<br><br>                          -against-<br><br>THE CITY OF NEW YORK, *et al.*,<br><br>                                                                 Defendants. |
| **NOTICE OF APPEARANCE** |
| *MICHAEL A. CARDOZO*<br>*Corporation Counsel of the City of New York*<br>    *Attorney for Defendants City of New York and*<br>    *Vencak*<br>    *100 Church Street*<br>    *New York, New York  10007*<br><br>    *Of Counsel:  Benjamin Stockman*<br>    *Tel:  (212) 788-1177*<br>    *NYCLIS No.* |
| *Due and timely service is hereby admitted.*<br><br>*New York, N.Y......................................................................................... , 200...*<br><br>*................................................................................................................ Esq.*<br><br>*Attorney for.............................................................................................* |