UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X
JOHNNY ALBUJA,

        Plaintiff,

-against-

CITY OF NEW YORK et al.,

        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

07 Civ. 10288 (WHP)

ORDER

WILLIAM H. PAULEY III, District Judge:

        It having been reported to this Court that this action has been or will be settled, the action is discontinued without costs to any party, and without prejudice to restoring it to this Court's calendar if such application is made within thirty (30) days of the date of this Order. The Clerk of Court is directed to terminate all motions pending as of this date and mark this case closed.

Dated: July 28, 2008
       New York, New York

                      SO ORDERED:

                      _____
                      WILLIAM H. PAULEY III
                      U.S.D.J.

*Counsel of Record:*

Darmin T. Bachu, Esq.
Bachu & Associates
127-21 Liberty Avenue
South Richmond Hill, NY 11419
*Counsel for Plaintiff*

Michael Steven Chestnov, Esq.
New York City Law Department
Office of the Corporation Counsel
100 Church Street
New York, NY 10007
*Counsel for Defendants City of New York and PO Vencak*