UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

JOHNNY ALBUJA,

                                            Plaintiff,

   - against -

CITY OF NEW YORK, POLICE OFFICER VENCAK,
SHIELD # 30343 and UNIDENTIFIED NEW YORK
CITY POLICE OFFICERS, EMPLOYEES AND
AGENTS,

                                            Defendants.

------------------------------------------------------------------- x

**STIPULATION AND ORDER
OF SETTLEMENT AND
DISCONTINUANCE**

07 CV 10288 (WHP)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/4/2008

       **WHEREAS**, plaintiff commenced this action by filing a complaint on or about November 13, 2007, alleging that certain of his federal and state rights were violated; and

       **WHEREAS**, defendants have denied any and all liability arising out of plaintiff's allegations; and

       **WHEREAS**, the parties now desire to resolve the issues raised in this litigation, without further proceedings and without admitting any fault or liability;

       **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, as follows:

       1. The above-referenced action is hereby dismissed, with prejudice, and without costs, expenses, or fees in excess of the amount specified in paragraph "2" below.

       2. The City of New York hereby agrees to pay plaintiff JOHNNY ALBUJA the sum of TWENTY THOUSAND DOLLARS ($20,000) in full satisfaction of all claims, including claims for costs, expenses, and attorney fees. In consideration for the payment of this sum,

plaintiff agrees to the dismissal with prejudice of all the claims against the named defendants in this action, City of New York and Kenneth Vencak, and to release all defendants, including defendants named herein as "Unidentified New York City Police Officers, Employees and Agents", and any present or former employees or agents of the City of New York, or any agency thereof, including but not limited to the New York City Police Department, from any and all liability, claims, or rights of action under state or federal law arising from and contained in the complaint in the instant action, including claims for costs, expenses and attorney fees.

3. Plaintiff shall execute and deliver to defendants' attorney all documents necessary to effect this settlement, including, without limitation, a General Release based on the terms of paragraph 2 above, and an Affidavit of No Liens or an Affidavit Concerning Liens, whichever may apply.

4. Nothing contained herein shall be deemed to be an admission by any of the defendants that they have in any manner or way violated plaintiff's rights, or the rights of any other person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, or the City of New York or any other rules, regulations or bylaws of any department or subdivision of the City of New York. This stipulation shall not be admissible in, nor is it related to, any other litigation or settlement negotiations.

5. Nothing contained herein shall be deemed to constitute a policy or practice of the City of New York, or the New York City Police Department.

6. This Stipulation and Order contains all the terms and conditions agreed upon by the parties hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation and Order regarding the subject matter of

the instant proceeding shall be deemed to exist, or to bind the parties hereto, or to vary the terms and conditions contained herein.

Dated:     New York, New York
           September 3, 2008

| | |
|---|---|
| Darmin Bachu, Esq.<br>Bachu & Associates<br>Attorneys for plaintiff<br>127-21 Liberty Ave.<br>Richmond Hill, NY 11419<br><br>By: _____<br>Darmin Bachu, Esq.<br>Attorney for plaintiff | MICHAEL A. CARDOZO<br>Corporation Counsel of the<br>  City of New York<br>Attorney for Defendants<br>100 Church Street, Room 3-155<br>New York, New York 10007<br>(212) 788-1177<br><br>By: _____<br>Benjamin Stockman<br>Assistant Corporation Counsel |

The clerk of the Court is directed to mark this case as closed.

SO ORDERED:

_____
HON. WILLIAM H. PAULEY, III
U.S.D.J.